UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRAMMER OPERATING COMPANY, LLC** | **NO. CV5:07-01062** |
| **VERSUS** | **JUDGE STAGG** |
| **PATHFINDER EXPLORATION, LLC** | **MAGISTRATE HORNSBY** |

### ORDER

Considering the foregoing Motion To Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that all claims asserted in the above captioned action against DNN INVESTMENTS, LLC, be, and they are hereby, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Brammer Operating Company, LLC reserves all claims against all other defendants in this action.

THUS DONE AND SIGNED at Shreveport, Caddo Parish, Louisiana, this ____ day of _____, 2007.

_____
JUDGE