RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2 / 25 / 08
BY Dr-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BRAMMER OPERATING CO., LLC | CIVIL ACTION NO. 07-1062 |
| VERSUS | JUDGE STAGG |
| PATHFINDER EXPLORATION, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 14) is granted** as follows: The parties are ordered to submit to and participate in arbitration(s), in accordance with the terms and provisions of the relevant operating agreements entered into between the parties, of all claims asserted in this civil action, which civil action is dismissed without prejudice to the right to pursue the claims in arbitration.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of February, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE